IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 1:08-cv-00098-MP-AK

1997 HONDA CB250 MOTORCYCLE
VIN: JH2MC2404VK600201,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 11, Motion to Dismiss, filed by the United States. This forfeiture is related to criminal case 1-08-cr-00010-SPM-AK, which recently ended with a finding by the jury that the property in this case is not forfeitable. The government has moved to dismiss this civil forfeiture action. The time for filing responses has passed, and no objections have been filed. This case is dismissed, with each party to bear its own costs and fees.

    **DONE AND ORDERED** this  9th  day of July, 2009

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge